STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-4395
    Telephone: (415) 436-7000
    Email: Cynthia.stier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 14-113-SI |
|     Plaintiff, ) | |
|   v. ) | NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL |
| JOSE GARCIA, ) | |
|     Defendant. ) | |

The United States Attorney for the Northern District of California, respectfully requests leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Indictment in the above referenced case against Jose Garcia, and moves that the Court quash the arrest warrant issued in connection with the Indictment.

DATED: May 6, 2022

                                      Respectfully submitted,

                                      STEPHANIE M. HINDS
                                      United States Attorney

                                      /s/
                                      THOMAS A. COLTHURST
                                      Chief, Criminal Division

## [~~PROPOSED~~] ORDER OF DISMISSAL

Leave is granted to the government to dismiss the Indictment against Jose Garcia. It is further ordered that the arrest warrant issued in connection with the Indictment in this case is quashed.

Date: May 20, 2022

_____
Hon. SUSAN ILLSTON
United States District Judge